<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-2005**

───────────

In Re:  MARC PIERRE HALL,

              Petitioner.

───────────

On Petition for Writ of Error Coram Nobis.
(3:95-cr-00005-FDW-1)

───────────

Submitted:  March 30, 2010          Decided:  April 2, 2010

───────────

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Marc Pierre Hall, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc Pierre Hall, a federal prisoner, petitions this court for leave to file a writ of error coram nobis, 28 U.S.C. § 1651(a) (2006). Hall challenges his federal convictions for conspiracy to distribute narcotics, possession of a firearm and a destructive device in relation to a drug trafficking crime, and damage to real property affecting commerce.

Coram nobis, however, is not a substitute for direct appeal, and the writ will not lie where there is another adequate remedy available. See United States v. Darnell, 716 F.2d 479, 481 & n.5 (7th Cir. 1983); Azzone v. United States, 341 F.2d 417, 419 (8th Cir. 1965). Hall's motion for leave to file a writ of error coram nobis seeks to challenge his federal convictions. He has received a direct appeal and filed numerous habeas corpus challenges. Accordingly, we deny the petition for a writ of error coram nobis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED